District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAHYA YAHYA, <br><br>          Plaintiff, <br><br>     v. <br><br> UR JADDOU, et al., <br><br>          Defendants. | Case No. 2:24-cv-01143-JNW <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> February 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01143-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 14th day of February, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>*s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | CHUNG, MALHAS & MANTEL, PLLC<br><br>*s/ Dr. Dima N. Malhas*<br>DR. DIMA N. MALHAS WSBA# 44370<br>Chung, Malhas & Mantel, PLLC<br>1037 NE 65th Street, Ste. 80171<br>Seattle, Washington 98115<br>Phone: 206-264-8999<br>Email:  dmalhas@cmmlawfirm.com<br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01143-JNW] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

The case is dismissed without prejudice. It is so **ORDERED.**

DATED this 18th day of February, 2025.

                                                 _____
                                                 JAMAL N. WHITEHEAD
                                                 United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01143-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800